**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-17-00319-CR**
**NO. 09-17-00320-CR**

_____

**JAMES RAY HAGGARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 75th District Court**
**Liberty County, Texas**
**Trial Cause No. CR30744 (Counts 1 and 2)**

_____

**ORDER**

After this Court issued its memorandum opinion and judgment dated May 29, 2019, wherein we affirmed the trial court's judgment below, our judgment was reversed by the Texas Court of Criminal Appeals in its Opinion dated December 9, 2020, and the case was remanded to this Court. Pursuant to the instructions from the Texas Court of Criminal Appeals, on remand, this Court issued another memorandum opinion and judgment on June 23, 2021, and therein this Court

1

reversed the judgment of the trial court in Trial Cause Number CR30744, on count one and count two, and remanded the case back to the trial court.

The State filed a motion for extension of time to file a petition for discretionary review in the Texas Court of Criminal Appeals. James Ray Haggard filed a Motion for Bail with this Court. *See* Tex. Code Crim. Proc. Ann. art. 44.04(h). We asked the State to file a response to Haggard's Motion for Bail, and the State filed a response, stating that it agreed with Haggard's request to have this Court set his bail at $20,000 on each count, but asking this Court to remand the matter of bail to the trial court to set further conditions of bail. Haggard filed a reply to the State's Response and argued that it would be improper to remand anything to the trial court until after a mandate has issued.

Pursuant to art. 44.04(h), and after considering the appellant's motion for bail and the State's response, and Haggard's reply thereto, and after considering the applicable law, as well as the amounts and conditions of bail previously set by the trial court on each count below, we therefore set bail at $20,000 on each count, with the wording of the bond and sureties to be approved by the 75th District Court of Liberty County, Texas. The appellant shall be released from custody upon his posting of an approved surety bond with the trial court in the amount of $20,000 on each count, and with the additional conditions attached to the bond that Haggard shall appear for any further trial court hearings or for trial, that he shall provide the

2

State with a valid mailing address and telephone number and reside with his mother, Annie Tarver Bennett, in Crandall, Kaufman County, Texas, that he shall not have any contact or communication with the victim (as named in each count of the indictment) or the victim's family, and that he shall not have any contact with any children under the age of 17.

ORDER ENTERED August 11, 2021.

PER CURIAM

Before Kreger, Horton and Johnson, JJ.